Joel E. Elkins (SBN 256020)
jelkins@weisslawllp.com
**WEISSLAW LLP**
9100 Wilshire Blvd. #725 E.
Beverly Hills, CA 90210
Telephone: 310/208-2800
Facsimile: 310/209-2348

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT WILHELM,<br><br>Plaintiff,<br><br>vs.<br><br>ONDAS HOLDINGS INC., ERIC A. BROCK, STEWART G. KANTOR, THOMAS V. BUSHEY, RICHARD M. COHEN, DEREK REISFIELD, RANDALL P. SEIDL, RICHARD H. SILVERMAN, and JASPREET SOOD,<br><br>Defendants. | Case No.<br><br>**COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**<br><br>JURY TRIAL DEMANDED |

Plaintiff Robert Wilhelm ("Plaintiff"), on behalf of himself and all others similarly situated, upon information and belief, including an examination and inquiry conducted by and through his counsel, except as to those allegations pertaining to Plaintiff, which are alleged upon personal belief, alleges the following for his Complaint:

**NATURE OF THE ACTION**

1. This is an action brought by Plaintiff against Ondas Holdings Inc. ("Ondas" or the "Company") and the members of Ondas' Board of Directors (the "Board" or the "Individual Defendants") for their violations of Sections 14(a) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. §§ 78n(a), 78t(a), and U.S. Securities and Exchange Commission ("SEC") Rule 14a-9, 17 C.F.R. § 240.14a-9, and to enjoin the vote on a proposed transaction, pursuant to which Ondas will acquire American Robotics, Inc. ("American Robotics" or "AR") through Ondas' subsidiaries Drone Merger Sub I Inc. ("Merger Sub I"), and Drone Merger Sub II Inc. ("Merger Sub II") (the "Proposed Transaction").

2. On May 17, 2021, Ondas issued a press release announcing that it had entered into an Agreement and Plan of Merger dated May 17, 2021 (the "Merger Agreement") to merge Ondas with American Robotics. Under the terms of the Merger Agreement, the Company will acquire American Robotics in exchange for (a) cash consideration in an amount equal to $7,500,000, less certain transaction expenses and indebtedness of American Robotics (the "Cash Consideration"); (b) 6,750,000 validly issued, fully paid and non-assessable shares of the Company's common stock, less certain shares which may be paid as transaction expenses; (c) warrants, exercisable for 1,875,000 shares of the Company's common stock; and (d) any cash released to AR's stockholders from a PPP Loan Escrow Amount and from the Company Stockholders' Representative Expense Fund (each as defined in the Merger Agreement) (the "Merger Consideration").

3. On July 6, 2021, Ondas filed a Schedule 14A Definitive Proxy Statement (the "Proxy Statement") with the SEC. The Proxy Statement, which recommends that Ondas stockholders vote in favor of the issuance of shares of Ondas common stock, including shares of common stock underlying the warrants, in connection with the Proposed Transaction ("Stock Issuance Proposal"), omits or misrepresents material information concerning, among other things: (i) the Company's and

American Robotics' financial projections; (ii) the data and inputs underlying the financial valuation analyses that support the fairness opinion provided by the Company's financial advisor National Securities Corp. ("NSC"); and (iii) NSC's potential conflicts of interest. Defendants authorized the issuance of the false and misleading Proxy Statement in violation of Sections 14(a) and 20(a) of the Exchange Act.

4. In short, unless remedied, Ondas' public stockholders will be irreparably harmed because the Proxy Statement's material misrepresentations and omissions prevent them from making a sufficiently informed voting decision on the Stock Issuance Proposal. Plaintiff seeks to enjoin the stockholder vote on the Stock Issuance Proposal unless and until such Exchange Act violations are cured.

## JURISDICTION AND VENUE

5. This Court has jurisdiction over the claims asserted herein for violations of Sections 14(a) and 20(a) of the Exchange Act and Rule 14a-9 promulgated thereunder pursuant to Section 27 of the Exchange Act, 15 U.S.C. § 78aa, and 28 U.S.C. §1331 (federal question jurisdiction).

6. The Court has jurisdiction over defendants because each defendant is either a corporation that conducts business in and maintains operations in this District, or is an individual who has sufficient minimum contacts with this District so as to render the exercise of jurisdiction by this Court permissible under traditional notions of fair play and substantial justice.

7. Venue is proper in this District under Section 27 of the Exchange Act, 15 U.S.C. § 78aa, as well as under 28 U.S.C. § 1391 because: (i) the Company maintains offices and facilities for Ondas Networks Inc. ("Ondas Networks") in this District, located at 165 Gibraltar Court in Sunnyvale, CA; and (ii) defendants have received substantial compensation in this District by doing business here and engaging in numerous activities that had an effect in this District.

## THE PARTIES

8. Plaintiff is, and has been at all times relevant hereto, a continuous stockholder of Ondas.

9. Defendant Ondas is a Nevada corporation, with its principal executive offices located at 61 Old South Road, #495, Nantucket, Massachusetts 02554. Formerly a reseller of event tickets, in 2018 the Company consummated a reverse acquisition transaction to acquire a wireless broadband technology company, Ondas Networks, and changed its name from "Zev Ventures Incorporated" to "Ondas Holdings Inc." (the "Acquisition"). Ondas' common stock trades on the Nasdaq Global Select Market under the ticker symbol "ONDS."

10. Defendant Eric A. Brock ("Brock") has been Chairman of the Board since September 28, 2018, and Chief Executive Officer ("CEO") and a director of the Company since June 28, 2018. Defendant Brock previously served as President, Chief Financial Officer ("CFO"), Secretary, and Treasurer of the Company from June 28, 2018 until September 28, 2018. Defendant Brock has also served as Chairman of the Board and CEO of Ondas Networks since September 28, 2018.

11. Defendant Stewart G. Kantor ("Kantor") has been CFO, Treasurer and Secretary and a director of the Company since September 28, 2018. Defendant Kantor also served as President from September 28, 2018 to June 2, 2020, and was re-appointed President on January 19, 2021. Defendant Kantor is a co-founder of Ondas Networks and had served as its Chief Executive Officer since inception on February 16, 2006 until the completion of the Acquisition. Defendant Kantor now serves as CFO, Treasurer and Secretary of Ondas Networks.

12. Defendant Thomas V. Bushey ("Bushey") has been a director of the Company since June 3, 2020. Defendant Bushey also served as President of the Company from June 2, 2020 to January 19, 2021.

13. Defendant Richard M. Cohen ("Cohen") has been a director of the Company since September 28, 2018. Defendant Cohen had previously served as a member of the Board of Ondas Networks since April 2016.

14. Defendant Derek Reisfield ("Reisfield") has been a director of the Company since September 28, 2018. Defendant Reisfield had previously served as a member of the Board of Ondas Networks since April 2016.

15. Defendant Randall P. Seidl ("Seidl") has been a director of the Company since November 16, 2020.

16. Defendant Richard H. Silverman ("Silverman") has been a director of the Company since September 28, 2018. Defendant Silverman had previously served as a member of the Board of Ondas Networks since April 2016.

17. Defendant Jaspreet Sood ("Sood") has been a director of the Company since January 19, 2021.

18. Defendants identified in paragraphs 10-17 are referred to herein as the "Board" or the "Individual Defendants."

## OTHER RELEVANT ENTITIES

19. American Robotics is a privately-owned company focused on designing, developing, and marketing industrial drone solutions for rugged, real-world environments. AR's Scout System is a fully-automated, AI-powered drone system capable of continuous, unattended operation and is marketed as a "drone-in-a-box" turnkey data solution service under a Robot-as-a-Service ("RAAS") business model. The Scout System is the first and only drone system approved by the Federal Aviation Administration for automated operation beyond-visual-line-of-sight ("BVLOS") with no humans on-site. AR was founded by leading roboticists from Carnegie Mellon and Stanford with a

shared vision for bringing robotic technology out of the lab and into the real-world to solve global challenges.

20. Merger Sub I is a Delaware corporation and a wholly owned subsidiary of Ondas.

21. Merger Sub II is a Delaware corporation and a wholly owned subsidiary of Ondas.

## SUBSTANTIVE ALLEGATIONS

### Background of the Company

22. Ondas, through Ondas Networks, is a developer of proprietary, software-based wireless broadband technology for large established and emerging industrial markets. The Company's standards-based, multi-patented, software-defined radio FullMAX platform enables MC-IoT applications by overcoming the bandwidth limitations of today's legacy private licensed wireless networks. Ondas Networks' customer end markets include railroads, utilities, oil and gas, transportation, aviation (including drone operators) and government entities whose demands span a wide range of mission critical applications. These markets require reliable, secure broadband communications over large and diverse geographical areas, many of which are within challenging radio frequency environments. Customers use the Company's FullMAX technology to deploy their own private licensed broadband wireless networks. The Company also offers mission-critical entities the option of a managed network service. Ondas Networks' FullMAX technology supports IEEE 802.16s, the new worldwide standard for private licensed wide area industrial networks.

23. On May 17, 2021, Ondas announced its first quarter 2021 financial results and business development highlights. First quarter revenues achieved record levels, growing 480% year-over-year to approximately $1.2 million. Gross profit was approximately $0.6 million in the first quarter of 2021, an increase of approximately $0.6 million compared to the same period in 2020.

24. During the first quarter of 2021, Ondas and Siemens initiated a new joint development program for the global Rail, the development of which is expected to be completed by the end of 2021.

25. Ondas also entered into a strategic partnership with Rogue Industries in the first quarter of 2021 to advance the adoption of Ondas' MC-IoT platform in US government and defense markets.

26. Commenting on the Company's first quarter 2021 performance and looking to the future, defendant Brock stated:

> During the first quarter of 2021, Ondas continued to realize business development progress across the Company's three primary large, high-priority areas for 2021, which include: 1) the multiple network opportunities with the Class 1 Freight Rail operators beginning with the 900 MHz network, 2) our partnership with Siemens Mobility to drive platform adoption with the Class 1 Freight Rail operators both domestically and internationally, and 3) the UAS / Drone C2 network we are developing in partnership with AURA Network Systems ("AURA"). We believe our first quarter 2021 performance including new product development agreements from both Siemens and AURA is indicative of the growing and substantial pipeline for Ondas.
>
> Onda started the year strongly, with continued progress on our key areas of business focus, all of which advanced nicely in the first quarter. We started a second product development agreement with Siemens, demonstrating the breadth of our opportunity across global Rail markets. In addition, AURA and Ondas are building momentum on AURA's wireless platform and ecosystem development with Ondas positioned as the prime contractor for the commercialization of the first nationwide UAS network using the exclusive 450 MHz air to ground frequency band. In addition, our work on the 900 MHz network for the Class I Rails continues to move forward with the pending MC-IoT Rail lab marking an important step towards commercial rollout.

**<u>The Proposed Transaction</u>**

27. On May 17, 2021, Ondas issued a press release announcing the Proposed Transaction. The press release states, in relevant part:

> FREMONT, Calif. and CLEARWATER, Fla., March 22, 2021 -- Ondas Corporation (NYSE: SNX) and American Robotics today announced they have entered into a definitive merger agreement under which Ondas and American Robotics will combine in a transaction valued at approximately $7.2 billion, including net debt. The combined company, with approximately $57 billion in estimated pro forma annual

revenues and a team of over 22,000 associates and colleagues, will provide customers and vendors with expansive reach across products, services, and geographies to accelerate technology adoption.

“We are excited to partner with a world-class industry leader like American Robotics and believe that this combination will benefit all our stakeholders,” said Dennis Polk, Ondas President and CEO. “This transaction allows for accelerated revenue and earnings growth, an expanded global footprint, and the ability to drive significant operating improvements while continuing to create shareholder value. We look forward to working with the talented colleagues at American Robotics and expect our combined business will create the opportunity for team members to produce the highest levels of service to our partners.”

“This is transformational for American Robotics, Ondas and the entire technology ecosystem. Together, we will be able to offer our customers and vendors exceptional reach, efficiency, and expertise, redefining the experience and value they receive,” said Rich Hume, American Robotics CEO. “The combined company will also benefit from significant financial strength to invest in its core growth platform as well as next generation cybersecurity, cloud, data, and IoT technologies, which are experiencing explosive growth due to work from home and return to office trends. We could not have reached this milestone without the hard work of our colleagues, and we look forward to working together with the Ondas team to seamlessly bring our companies together and to create meaningful value for all our stakeholders.”

American Robotics currently is wholly owned by funds managed by affiliates of Apollo Global Management, Inc. (NYSE: APO) (the “Apollo Funds”) and their co-investors.

Apollo Senior Partner and Co-Head of Private Equity Matt Nord and Apollo Partner Robert Kalsow-Ramos said, “When we acquired American Robotics, we saw the tremendous potential for transformative growth and long-term value creation. This transaction will accelerate the momentum that was already underway by uniting two outstanding companies for greater scale and financial strength to lead the industry. We are excited to remain a part of the new company’s continued success.”

**Compelling Strategic Benefits**

- **Creates a diversified global solutions aggregator with significant breadth and depth of capabilities**. The combined company will have a global footprint that serves more than 100 countries across the Americas, Europe and Asia-Pacific regions, and a broad, diversified portfolio of more than 200,000 product and solutions offerings. This meaningful scale will provide increased value and purchasing efficiencies to the combined company’s 150,000 customers and more than 1,500 vendors and enable it to accelerate technology adoption and attract the world’s most innovative OEMs.
- **Capitalizes on premier core growth platforms and establishes best-in-class product offerings in next generation, high-growth areas**. The transaction combines each company’s core growth platforms to establish a differentiated

end-to-end solutions portfolio and best-in-class product offerings in some of the largest, highest growth product segments including cloud, data centers, security, Internet of Things (IoT), services, 5G, and intelligent edge. The companies' highly complementary product line cards and global distribution platform provide diversified revenue streams and cross selling opportunities, including the ability to bring a comprehensive everything-as-a-service (EaaS) offerings to the market.

- **Brings together companies with complementary cultures and a commitment to being an employer of choice in the global IT industry**. Both Ondas and American Robotics have corporate cultures centered on innovation, agility, and customer service. These shared principles, as well as the expertise and talent from both organizations, will support a smooth integration following the close of the transaction.

**Key Transaction Details**

- Under the terms of the agreement, Apollo Funds will receive an aggregate of 44 million shares of Ondas common stock plus the refinancing of existing American Robotics net debt and redeemable preferred shares of approximately $2.7 billion.
- Upon closing of the transaction, Ondas shareholders will own approximately 55% of the combined entity, with Apollo Funds owning approximately 45%.
- Rich Hume will lead the combined company as CEO. Dennis Polk will be Executive Chair of the Board of Directors and will take an active role in the ongoing strategy and integration of the business, among other responsibilities.
- The combined company will have an eleven-member board, including Hume, with six individuals appointed by Ondas and with Apollo Funds to have Board designation rights based on ownership, initially including four total directors, two of whom will be independent.
- Non-GAAP diluted EPS accretion of more than 25% is expected in year one post close, with further accretion expected in year two.
- Net optimization and synergy benefits of $100 million are expected in the first year after closing, achieving a minimum of $200 million by the end of the second year.
- The combined company will benefit from a strong financial foundation and an investment grade profile. Based on LTM pro-forma adjusted EBITDA of approximately $1.5 billion and expected combined debt of approximately $4.0 billion at close, debt-to-adjusted EBITDA is expected to be approximately 2.7x at transaction close and is expected to decline to approximately 2x within 12 months.

The transaction is expected to close in the second half of calendar year 2021, subject to the satisfaction of customary closing conditions, including approval by Ondas stockholders and regulatory approvals.

MiTAC Holdings Corporation and its affiliates, which collectively owned approximately 17% of Ondas shares as of January 22, 2021, have agreed to vote their

shares in favor of the transaction. Until the transaction is completed, the companies will continue to operate independently.

***The Proxy Statement Contains Material Misstatements or Omissions***

28. The defendants filed a materially incomplete and misleading Proxy Statement with the SEC and disseminated it to Ondas' stockholders. The Proxy Statement misrepresents or omits material information that is necessary for the Company's stockholders to make an informed decision whether to vote in favor of the Stock Issuance Proposal.

29. Specifically, as set forth below, the Proxy Statement fails to provide Company stockholders with material information or provides them with materially misleading information concerning: (i) American Robotics' financial projections; (ii) the data and inputs underlying the financial valuation analyses that support the fairness opinion provided by the Company's financial advisor, NSC; and (iii) NSC's and Company insiders' potential conflicts of interest.

***Material Omissions Concerning the Company's and American Robotics' Financial Projections***

30. The Proxy Statement omits material information regarding the Company's and American Robotics' financial projections.

31. The Proxy Statement sets forth that in connection with rendering its fairness opinion, NSC reviewed "[h]istorical and projected financial results provided to NSC by American Robotics' management, as adjusted by NSC, with Ondas' management's approval ("American Robotics Projections")." Proxy Statement at 42. The Proxy Statement fails, however, to disclose the adjustments made by NSC to the "American Robotics Projections."

32. Additionally, in connection with rendering its fairness opinion, NSC reviewed "[d]iscounted cash flow analyses of Ondas and of American Robotics utilizing financial information prepared and furnished to National Securities by Ondas' management". *Id.* The Proxy Statement, however, wholly omits the Company's financial information used by NSC to perform its discounted cash flow analysis of the Company.

33. The omission of this material information renders the statements in the "Certain Projected Financial Information" section of the Proxy Statement false and/or materially misleading in contravention of the Exchange Act.

***Material Omissions Concerning NSC's Financial Analyses***

34. The Proxy Statement omits material information regarding NSC's financial analyses.

35. The Proxy Statement describes NSC's fairness opinion and the various valuation analyses it performed in support of its opinion. However, the description of NSC's fairness opinion and analyses fails to include key inputs and assumptions underlying these analyses. Without this information, as described below, Ondas' public stockholders are unable to fully understand these analyses and, thus, are unable to determine what weight, if any, to place on NSC's fairness opinion in determining whether to vote in favor of the Stock Issuance Proposal.

36. With respect to NSC's *Selected Public Company Analysis* and *Selected precedent Transactions Analysis*, the Proxy Statement fails to disclose the individual financial multiples and metrics for each of the comparable companies and transactions observed by NSC in the analyses.

37. With respect to NSC's *Discounted Cash Flow Analysis*, the Proxy Statement fails to disclose and quantify the inputs and assumptions underlying the discount rates ranging from 32.2% to 42.2%.

38. As set forth above, in connection with rendering its fairness opinion, NSC reviewed discounted cash flow analyses of Ondas and of American Robotics utilizing financial information prepared and furnished to NSC by Ondas' management. The Proxy Statement, however, wholly omits a summary of the discounted cash flow analysis of Ondas performed by NSC.

39. Without such undisclosed information, Ondas stockholders cannot evaluate for themselves whether the financial analyses performed by NSC were based on reliable inputs and assumptions or whether they were prepared with an eye toward ensuring that a positive fairness

opinion could be rendered in connection with the Proposed Transaction. In other words, full disclosure of the omissions identified above is required in order to ensure that stockholders can fully evaluate the extent to which NSC's opinion and analyses should factor into their decision whether to vote in favor of or against the Stock Issuance Proposal.

40. The omission of this material information renders the statements in the "Opinion of Our Financial Advisor" section of the Proxy Statement false and/or materially misleading in contravention of the Exchange Act.

***Material Omissions Concerning NSC's Potential Conflicts of Interest***

41. The Proxy Statement fails to disclose material information concerning the potential conflicts of interest faced by NSC.

42. The Proxy Statement sets forth:

> Pursuant to the engagement letter between Ondas and National Securities, Ondas agreed to pay National Securities an initial retainer fee of $50,000 upon commencement of its engagement and a fee of $75,000 which was paid upon the rendering of its Opinion to the Board. In addition, should the Board request that National bring down its opinion in connection with the transaction, an additional fee of $25,000 would be due and payable. Ondas has agreed to reimburse certain of National Securities' expenses and to indemnify National Securities and certain related persons and entities for certain liabilities and other items arising out of or related to its engagement. In the past two years, National Securities has acted (1) in an advisory capacity to, (2) as a placement agent in three private placements for and (3) as an underwriter in one public offering for Ondas.
>
> At the time of issuing the Opinion, the banking team of National Securities was employed by National Securities. As of May 17, 2021, the banking team of National Securities is employed by B. Riley Financial, Inc. ("B. Riley"). B. Riley acted as an underwriter in the Public Offering, which closed on June 11, 2021.

*Id*. at 46-47. The Proxy Statement fails, however, to disclose the fees received by NSC and B. Riley Financial, Inc. ("B. Riley") for its previous services performed for Ondas.

43. Additionally, the Proxy Statement fails to disclose whether NSC and B. Riley provided any previous services to American Robotics and, if so, the specific nature of those services and the fees received for performing those services.

44. The omission of this material information renders the statements in the "Opinion of Our Financial Advisor" section of the Proxy Statement false and/or materially misleading in contravention of the Exchange Act.

45. The Individual Defendants were aware of their duty to disclose the above-referenced omitted information and acted negligently (if not deliberately) in failing to include this information in the Proxy Statement. Absent disclosure of the foregoing material information prior to the stockholder vote on the Stock Issuance Proposal, Plaintiff and the other stockholders of Ondas will be unable to make an informed voting decision in connection with the Stock Issuance Proposal and are thus threatened with irreparable harm warranting the injunctive relief sought herein.

## CLAIMS FOR RELIEF

## COUNT I

### Claims Against All Defendants for Violations of Section 14(a) of the Exchange Act and Rule 14a-9 Promulgated Thereunder

46. Plaintiff repeats all previous allegations as if set forth in full.

47. During the relevant period, defendants disseminated the false and misleading Proxy Statement specified above, which failed to disclose material facts necessary to make the statements, in light of the circumstances under which they were made, not misleading in violation of Section 14(a) of the Exchange Act and SEC Rule 14a-9 promulgated thereunder.

48. By virtue of their positions within the Company, the defendants were aware of this information and of their duty to disclose this information in the Proxy Statement. The Proxy Statement was prepared, reviewed, and/or disseminated by the defendants. It misrepresented and/or omitted material facts, including material information about the Company's and American Robotics' financial projections, the data and inputs underlying the financial valuation analyses that support the fairness opinion provided by NSC, and NSC's potential conflicts of interest. The defendants were at least negligent in filing the Proxy Statement with these materially false and misleading statements.

49. The omissions and false and misleading statements in the Proxy Statement are material in that a reasonable stockholder would consider them important in deciding how to vote on the Stock Issuance Proposal.

50. By reason of the foregoing, the defendants have violated Section 14(a) of the Exchange Act and SEC Rule 14a-9(a) promulgated thereunder.

51. Because of the false and misleading statements in the Proxy Statement, Plaintiff is threatened with irreparable harm, rendering money damages inadequate. Therefore, injunctive relief is appropriate to ensure defendants' misconduct is corrected.

## COUNT II

### Claims Against the Individual Defendants for Violations of Section 20(a) of the Exchange Act

52. Plaintiff repeats all previous allegations as if set forth in full.

53. The Individual Defendants acted as controlling persons of Ondas within the meaning of Section 20(a) of the Exchange Act as alleged herein. By virtue of their positions as officers and/or directors of Ondas, and participation in and/or awareness of the Company's operations and/or intimate knowledge of the false statements contained in the Proxy Statement filed with the SEC, they had the power to influence and control and did influence and control, directly or indirectly, the decision-making of the Company, including the content and dissemination of the various statements which Plaintiff contends are false and misleading.

54. Each of the Individual Defendants was provided with or had unlimited access to copies of the Proxy Statement and other statements alleged by Plaintiff to be misleading prior to and/or shortly after these statements were issued and had the ability to prevent the issuance of the statements or cause the statements to be corrected.

55. In particular, each of the Individual Defendants had direct and supervisory involvement in the day-to-day operations of the Company, and, therefore, is presumed to have had

the power to control or influence the particular transactions giving rise to the securities violations as alleged herein, and exercised the same. The Proxy Statement at issue contains the unanimous recommendation of each of the Individual Defendants to approve the Stock Issuance Proposal. They were, thus, directly involved in the making of the Proxy Statement.

56. In addition, as the Proxy Statement sets forth at length, and as described herein, the Individual Defendants were each involved in negotiating, reviewing, and approving the Proposed Transaction. The Proxy Statement purports to describe the various issues and information that they reviewed and considered—descriptions the Company directors had input into.

57. By virtue of the foregoing, the Individual Defendants have violated Section 20(a) of the Exchange Act.

58. As set forth above, the Individual Defendants had the ability to exercise control over and did control a person or persons who have each violated Section 14(a) and SEC Rule 14a-9, promulgated thereunder, by their acts and omissions as alleged herein. By virtue of their positions as controlling persons, these defendants are liable pursuant to Section 20(a) of the Exchange Act. As a direct and proximate result of defendants' conduct, Ondas' stockholders will be irreparably harmed.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff demands judgment and preliminary and permanent relief, including injunctive relief, in his favor on behalf of Ondas, and against defendants, as follows:

A. Preliminarily and permanently enjoining defendants and all persons acting in concert with them from proceeding with, consummating, or closing the Proposed Transaction and any vote on the Stock Issuance Proposal, unless and until defendants disclose and disseminate the material information identified above to Ondas stockholders;

B. In the event defendants consummate the Proposed Transaction, rescinding it and setting it aside or awarding rescissory damages to Plaintiff;

C. Declaring that defendants violated Sections 14(a) and/or 20(a) of the Exchange Act, as well as SEC Rule 14a-9 promulgated thereunder;

D. Awarding Plaintiff the costs of this action, including reasonable allowance for Plaintiff's attorneys' and experts' fees; and

E. Granting such other and further relief as this Court may deem just and proper.

**JURY DEMAND**

Plaintiff demands a trial by jury on all claims and issues so triable.

Dated: July 23, 2021

**WEISSLAW LLP**
Joel E. Elkins

By: */s/ Joel E. Elkins*

Joel E. Elkins
9100 Wilshire Blvd. #725 E.
Beverly Hills, CA 90210
Telephone: 310/208-2800
Facsimile: 310/209-2348
-and-
Richard A. Acocelli
1500 Broadway, 16th Floor
New York, NY 10036
Telephone: 212/682-3025
Facsimile: 212/682-3010

*Attorneys for Plaintiff*