Joel E. Elkins (SBN 256020)
jelkins@weisslawllp.com
**WEISSLAW LLP**
9100 Wilshire Blvd. #725 E.
Beverly Hills, CA 90210
Telephone: 310/208-2800
Facsimile:  310/209-2348

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ROBERT WILHELM, | Case No. 5:21-cv-05663-NC |
| Plaintiff, | |
| vs. | **NOTICE OF VOLUNTARY DISMISSAL** |
| ONDAS HOLDINGS INC., ERIC A. BROCK, STEWART G. KANTOR, THOMAS V. BUSHEY, RICHARD M. COHEN, DEREK REISFIELD, RANDALL P. SEIDL, RICHARD H. SILVERMAN, and JASPREET SOOD, | |
| Defendants. | |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Robert Wilhelm ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action") without prejudice.  Because this notice of dismissal is being filed with the Court before

- 1 -
NOTICE OF VOLUNTARY DISMISSAL

service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: October 8, 2021

**WEISSLAW LLP**

By: */s/ Joel E. Elkins*

Joel E. Elkins
9100 Wilshire Blvd. #725 E.
Beverly Hills, CA 90210
Telephone:  310/208-2800
Facsimile:   310/209-2348
Email: jelkins@weisslawllp.com
　　　　-and-
Richard A. Acocelli
1500 Broadway, 16th Floor
New York, NY  10036
Telephone: 212/682-3025
Facsimile:  212/682-3010
Email: racocelli@weisslawllp.com

*Attorneys for Plaintiff*

- 2 -
NOTICE OF VOLUNTARY DISMISSAL